UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-cr-85 |
| vs. ) | |
| ) | JUDGE COLLIER |
| TRAMALE JOHNSON ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 4, 2013, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Anthony Green and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) Defendant TRAMALE JOHNSON.
(3) Attorney Gianna Maio for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant requested time to prepare for a preliminary hearing and detention hearing. A hearing is set for **Tuesday, September 10, 2013, at 3:00 pm**. The defendant shall be detained pending that hearing.

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE