UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:10-cr-85
vs. )
) JUDGE COLLIER
TRAMALE JOHNSON )

MEMORANDUM AND ORDER

TRAMALE JOHNSON ("Supervised Releasee") appeared for an initial appearance before U.S. Magistrate Judge on September 4, 2013, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition"). At that hearing, the defendant requested time to prepare for a preliminary hearing and detention that was scheduled for hearing on September 10, 2013. Those present for the September 10, 2013, hearing included:

(1) An Assistant United States Attorney for the Government.
(2) The Supervised Releasee.
(3) Attorney Gianna Maio for defendant.

After being sworn in due form of law, the Supervised Releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The Government called USPO Anthony Green as a witness and moved that the Supervised Releasee be detained pending the revocation hearing.

Findings

(1) Based upon USPO Green's testimony, the undersigned finds there is probable cause to believe the Supervised Releasee has committed violations of his conditions of supervised release as alleged or set forth in the Petition.

(2) The Supervised Releasee has not carried his burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail he will not pose a danger to the community.

1

Conclusions

It is ORDERED:

(1) The motion of the Government that the Supervised Releasee be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Curtis L. Collier is GRANTED.

(2) The U.S. Marshal shall transport the Supervised Releasee to a revocation hearing before Judge Collier on **Thursday, November 7, 2013, at 2:00 pm.**

ENTER.

                                            S/*William B. Mitchell Carter*
                                            UNITED STATES MAGISTRATE JUDGE